# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 6R45 | 9089088 | Wood. J | P1011 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/19/2020 2330 | 41 CFR 102-74.380 (b) |

Place of Offense: 4310 Macadam Portland, OR

Offense Description: Factual Basis for Charge — HAZMAT ☐

Destruction of Federal Property (Access Control wiring harness)

### DEFENDANT INFORMATION

Last Name: McManigal    First Name: Rowan    MI: L

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|
| NA | NA | NA | NA | NA |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100.00 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 130.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Hatfield US Courthouse, 1000 SW 3rd, Portland, OR
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refuse to Sign

Original - CVB Copy

*9089088*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 19, 2020 while exercising my duties as a law enforcement officer in the Federal District of Oregon.

At approximately 2300 hours, I observed subject MCMANIGAL, Rowan destroying Federal Property located here at 4310 Macadam, Portland OR. MCMANIGAL was observed over video surveillance cameras destroying Access Control wiring to the front gate. Officer Bolot detained MCMANIGAL.

Based on my knowledge and personal observation, I believe there is probable cause to charge MCMANIGAL with 41 CFR 102-74.380(b) for destruction of Federal Property.

Nothing Further

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/19/2020    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.